UNIVERSAL UNDERWRITERS INSURANCE COMPANY ET AL., APPELLANTS, *v.*
HICKMAN, APPELLEE, ET AL.

[Cite as Universal Underwriters Ins. Co. *v.* Hickman (1990),
48 Ohio St. 3d 601.]

(No. 88-1806—Submitted November 22, 1989—Decided January 24, 1990.)

*Denmead, Blackburn & Willard* and *Thomas I. Blackburn,* for appellants.

*Roderer, Zimmers, Harker & Leppla* and *Gary J. Leppla,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOSER, APPELLANT, *v.* SAVAGE MANUFACTURING
& SALES, INC. ET AL., APPELLEES.

[Cite as Doser *v.* Savage Mfg. & Sales, Inc. (1990),
48 Ohio St. 3d 601.]

(No. 88-1895—Submitted December 5, 1989—Decided January 24, 1990.)

*Oberdank & Cowan* and *Elmer G. Cowan,* for appellant.

The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., SWEENEY, DOUG-LAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I would reverse the judgment of the court of appeals.